IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| AL RICO MAPP, GDC# 841886<br>Plaintiff,<br><br>V.<br><br>JAVAKA JOHNSON<br>JARVIS SAPP<br>EDWARD WATERS<br><br>Defendants. | Case No. CV6:12-103 |

## ORDER AND JUDGMENT OF THE COURT

The Plaintiff, Al Rico Mapp, through counsel, filed this action complaining that the Defendants violated his constitutional rights to cruel and unusual punishment under the Eighth Amendment to the United States Constitution. The Plaintiff originally sued seven defendants, all employees of the Georgia Department of Corrections. Four of the defendants were dismissed as were the claims against Edward Waters, Javaka Johnson and Jarvis Sapp in their official capacities by order of the Court on April 15, 2013. (ECF 30). After discovery, the Court scheduled the case for trial on the remaining claims on March 4, 2014.

On March 4, 2014 a jury was empanelled, evidence was presented and closed, the jury was charged and a verdict was entered subsequent to deliberations by the jury. The jury returned a verdict in favor of Defendants on all counts.

1

The clerk will tax the cost in favor of the Defendants and against Plaintiff, Mapp. In accordance with the verdict of the jury, without objection as to form by the Plaintiff, judgment is ENTERED in favor of the Defendants and against the Plaintiff, Al Rico Mapp.

So Ordered this 6 Day of March, 2014.

_____
The Honorable B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia